388

UNITED STATES of America,
Plaintiff–Appellee,

v.

Manuel GRANADOS–GARCIA,
Defendant–Appellant.

No. 07–50532
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 16, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Alvaro Martinez, Law Offices of Alvaro Martinez Jr., Midland, TX, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Manuel Granados–Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Granados–Garcia has filed a response. Our independent review of the record, counsel's brief, and Granados–Garcia's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsi-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

bilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.